IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HAROLD B. MASON,                         *

          Plaintiff,            *
v.                                                  Case No.:  1:23-CV-223-(LAG)
                                     *
THE COMPASS GROUP, et al.,
                                     *
          Defendants.
_____          *

**J U D G M E N T**

Pursuant to this Court's Order dated February 28, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 3rd day of March, 2025.

                                            David W. Bunt, Clerk

                                            s/ Michelle Paschal, Deputy Clerk