IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HAROLD B. MASON,                              :
                                             :
    Plaintiff,                              :
                                             :
v.                                           :     CASE NO.: 1:23-CV-223 (LAG)
                                             :
THE COMPASS GROUP, *et al.*,                  :
                                             :
    Defendants.                             :
                                             :

## ORDER

Before the Court is *pro se* Plaintiff Harold B. Mason's Motion to Amend Notice of Relocation and Application for Electronic Filing Access. (Doc. 27). On July 8, 2025, Plaintiff filed a Notice of Relocation[1] (Doc. 24) and Motion for Electronic Filing Access (Doc. 25). On July 9, 2025, the Clerk's office denied Plaintiff's request to e-file because judgment of dismissal was entered on March 3, 2025. (Doc. 26; *see* Docket). On July 10, 2025, Plaintiff filed the subject Motion. (Doc. 27).

To the extent Plaintiff is renewing his request for electronic filing access, the request is **DENIED**. Judgment of dismissal was entered on March 3, 2025. (Doc. 16). On February 26, 2026, the Court denied Plaintiff's Motion for Clarification, which was construed as a motion for reconsideration. (Doc. 28). As there are no issues pending before the Court, the subject Motion (Doc. 27) is **DENIED**.

      **SO ORDERED**, this 2nd day of March, 2026.

                    /s/ Leslie A. Gardner
                    **LESLIE A. GARDNER, CHIEF JUDGE**
                    **UNITED STATES DISTRICT COURT**

---

[1]     A review of the docket shows that the Clerk's office has updated Plaintiff's address to his St. Louis, Missouri address. (*See* Docket).